UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK AXINN et al.,<br><br>                                           Plaintiffs,<br><br>            - against -<br><br>THE NEW YORK STATE BOARD OF ELECTIONS et al.,<br><br>                                           Defendants, | 14 Civ 5709 (SLT)(SMG)<br><br>**NOTICE OF REQUEST FOR ELECTRONIC COPIES** |

To the Clerk of this Court and all parties of record:

      I file this Notice of Request for Electronic Copies in order to receive copies of the documents filed in the Court's ECF system.

      This is not a formal notice of appearance.

Dated: October 1, 2014

                                         /s/ Douglas A. Kellner
                                  Douglas A. Kellner, Co-Chair
                                  New York State Board of Elections
                                  40 N. Pearl Street, Suite 5
                                  Albany, New York 12207
                                  Tel. No. (518) 473-8100
                                  E-Mail: douglas.kellner@elections.ny.gov